SHEEHEY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Agnes Sheehey, administratrix of John T. Sheehey, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

In re SHEFFER et al. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) In the matter of the application of Samuel S. Sheffer and others to lay out a highway in the town of Germantown, Columbia county, and the assessment of damages therefor. No opinion. Motion granted.

SHEPPARD et al., Respondents, v. BERNEY, Appellant. (City Court of New York, General Term. December 13, 1900.) Action by Franklin L. and Howard R. Sheppard against Rose Berney. From a judgment for plaintiffs, and an order denying a new trial, defendant appeals. Affirmed. Abram S. Jaffer, for appellant. Roger Foster, for respondents.

PER CURIAM. In support of the appeal it is urged that there is no proof in the testimony of the value of the property alleged to have been converted at the time of the demand, and that the verdict of the jury is excessive and against the weight of evidence. We have carefully examined the record, and find ample proof of value, and in other respects the verdict is supported by the evidence. Judgment and order appealed from affirmed, with costs.

SHERRIS, Appellant, v. OLEAN, R. C. & B. RY., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by Elias Sherris against the Olean, Rock City & Bradford Railway. No opinion. Judgment of county court reversed, and judgment of justice's court affirmed, with costs.

SHOTWELL v. DIXON et al. (Supreme Court, Appellate Division, Third Department. November 16, 1900.) Action by Samuel H. Shotwell against Baltic H. Dixon and others. No opinion. Order modified, by reducing the allowance to 5 per cent. on plaintiff's judgment, and, as modified, affirmed, without costs to either party.

SIBLEY v. SIBLEY. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Carrie W. Sibley against Richard C. Sibley. No opinion. Motion granted, with $10 costs.

SIBLEY v. SIBLEY. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by Carrie W. Sibley against Richard C. Sibley. No opinion. Motion granted, with $10 costs.

SINNOTT, Appellant, v. CROCHERON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Joseph F. Sinnott, as sole surviving plaintiff, against Margaret Crocheron and another, as sole surviving defendants. No opinion. Judgment reversed, and new trial granted, without costs. This decision is rendered on the ground that no decision was signed in the court below, and none can now be furnished.

In re SMITH. CARTER, Appellant, v. GROENZINGER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by George C. Carter against Andrew Groenzinger, as committee of Anna Smith, a lunatic. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH v. RICHMOND et al. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Rollin H. Smith, as administrator, etc., against James A. Richmond and another, as executors, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Appellant, v. SHAFER, Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Morton C. Smith against Howard Shafer. J. G. Darrin, for appellant. J. Vincent, for respondent. No opinion. Judgment and order affirmed, with costs.

SOCIALISTIC CO-OP. PUB. ASS'N v. KUHN et al. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by the Socialistic Co-operative Publishing Association against Henry Kuhn and others. No opinion. Motion granted, with $10 costs. See 66 N. Y. Supp. 607.

SOCIALISTIC CO-OP. ASS'N v. KUHN et al. (Supreme Court, Appellate Division, First Department. December 14, 1900.) Action by the Socialistic Co-operative Association against Henry Kuhn and others. No opinion. Motion denied, with $10 costs. See 66 N. Y. Supp. 607.

SPARLING, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by William E. Sparling against the Third Avenue Railroad Company. H. R. Limburger, for appellant. F. E. M. Bullowe, for respondent. No opinion. Judgment and order affirmed, with costs.

STEARNS et al., Respondents, v. TURNER, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Stearns, Williams & Hanlon against Benton Turner. No opinion. Judgment affirmed, with costs.

STETSON, Respondent, v. DICK, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by George H. Stetson against Andrew E.